# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CITY OF MILWAUKEE,**

        **Plaintiff,**

    v.                           Case No. 18CV1066

**BIRD RIDES, INC.**

        **Defendant.**

## SETTLEMENT STATUS CONFERENCE MINUTES
## HONORABLE AARON E. GOODSTEIN, PRESIDING

DATE: Wednesday, May 8, 2019

TIME COMMENCED: 9:30 A.M.    TIME CONCLUDED: 2:30 P.M.

APPEARANCES:

<u>Plaintiff:</u> Deputy City Attorney Adam Stephens and Assistant City Attorney Saveon Grenell

<u>Defendant:</u> Clint Johnson and Attorney Jonathan Hackbarth

COMMENTS: The parties have reached a settlement resolving this case. The parties will prepare and execute appropriate settlement documents and anticipate filing a stipulation and proposed order for dismissal with prejudice within the next two weeks.