UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CITY OF MILWAUKEE,

           Plaintiff,

v.

BIRD RIDES, INC.,

           Defendant.

Case No. 18-CV-1066-JPS

**ORDER**

On July 3, 2019, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to either party. (Docket #39). The Court will adopt that stipulation. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #39) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 9th day of July, 2019.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge